**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, | Case No.: 2:24-cv-01969-APG-DJA |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| TAVARUS DUNBAR, et al., | |
| Defendants | |

I ORDER that defendant Tavarus Dunbar's certificate of interested parties (ECF No. 8) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify Dunbar's citizenship as required by the amendment to that rule.

I FURTHER ORDER defendant Tavarus Dunbar to file a proper certificate of interested parties by November 22, 2024.

DATED this 12th day of November, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE