WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
Tel.: (702) 475-7967; Fax: (702) 946-1345
rriether@wrightlegal.net

FAEGRE DRINKER BIDDLE & REATH LLP
Ava R. Giacobbo, Esq., *admitted pro hac vice*
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel: 215-988-2700
Ava.giacobbo@faegredrinker.com

*Attorneys for Plaintiff*
*CMFG Life Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>TAVARUS DUNBAR, and KEVIN DUNBAR, JR., individually and as representative of the Estate of Kevin Dunbar Sr.,<br><br>    Defendants. | Case No. Case No. 2:24-cv-01969-APG-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT DISCOVERY PLAN** |

Plaintiff CMFG Life Insurance Company ("CMFG"), by and through its undersigned attorney, hereby moves this Honorable Court an Order extending the time for the parties to file a joint discovery plan. In support thereof, CMFG avers as follows:

1. CMFG filed its complaint with accompanying exhibits (ECF 1) in the above-captioned action on October 22, 2024.

2. CMFG brings claims for declaratory relief that the subject life insurance policy and AD&D certificate are void and for interpleader relief in the alternative. *See generally* ECF 1.

3. Defendant Tavarus Dunbar, Jr. was served on November 2, 2024.

DMS_US.368443254.1

4.  Defendant Tavarus Dunbar, Jr. answered and filed counterclaims against CMFG on November 6, 2024. ECF 7.

5.  Upon Tavarus Dunbar filing his answer, it appears to the parties the CM/ECF system set a deadline of December 21, 2024, to file a joint discovery plan. *Id.*

6.  Defendant Kevin Dunbar, Jr. has not yet appeared in this action.[1]

7.  Accordingly, counsel for CMFG and defendant Tavarus Dunbar conferred and agreed it would be most efficient to file a joint discovery plan once all defendants have been served and appeared.

WHEREFORE, CMFG prays for an Order permitting the parties to file a joint discovery plan once all defendants have been served and appeared in this case.

Dated: 01/02/2025                WRIGHT, FINLAY & ZAK, LLP

/s/ *Robert A. Riether*
Robert Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Rd., Suite 220
Las Vegas, NV  89113
Ava R. Giacobbo, *admitted pro hac vice*

*Attorneys for Plaintiff CMFG Life Insurance Company*

**IT IS THEREFORE ORDERED** that the motion (ECF No. 16) is **GRANTED.**  The parties discovery plan and scheduling order is due on or before **February 3, 2025.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/3/2025

---

[1] CMFG has attempted personal service on Defendant Kevin Dunbar, Jr. at two different addresses. CMFG has also been in contact with an attorney for Kevin Dunbar, Jr. who agreed to accept service, but then indicated he could not accept service because he was not barred in Nevada or a member of the bar for the United States District Court for the District of Nevada. Kevin Dunbar, Jr. did not sign the waiver of service forms. CMFG continues its attempts to serve Kevin Dunbar, Jr.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served on the 2nd day of January, 2025, the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT DISCOVERY PLAN** to all parties registered to receive CM/ECF notification and/or by depositing a true and correct copy of the same in the U.S. Mail addressed as follows:

Kirk T Kennedy        ktkennedylaw@gmail.com
Ava Rae Giacobbo      ava.giacobbo@faegredrinker.com; docket.general@faegredrinker.com

*/s/ Tonya Sessions*
An Employee of WRIGHT, FINLAY & ZAK, LLP

DMS_US.368443254.1