WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Rd., Suite 220
Las Vegas, NV  89113
Tel.:  (702) 475-7967; Fax:  (702) 946-1345
rriether@wrightlegal.net

FAEGRE DRINKER BIDDLE & REATH LLP
John M. Moore, Esq., *admitted pro hac vice*
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel: 215-988-2700
Ava.giacobbo@faegredrinker.com

*Attorneys for Plaintiff, CMFG Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>TAVARUS DUNBAR,  and  KEVIN DUNBAR, JR., individually and as representative of the Estate of Kevin Dunbar Sr.,<br><br>          Defendants. | Case No.: 2:24-cv-01969-APG-DJA<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff, CMFG Life Insurance Company ("Plaintiff"), by and through its attorneys of record of the law firms of Wright, Finlay & Zak, LLP and Faegre Drinker Biddle & Reath LLP, hereby give notice that Ava R. Giacobbo, Esq., *admitted pro hac vice*, is no longer an attorney associated with Faegre Drinker Biddle & Reath LLP and therefore no longer needs to receive notices related to this case.

///

///

///

///

///

///

Wright Finlay & Zak, LLP and Faegre Drinker Biddle & Reath LLP will continue to represent Plaintiff and requests that Robert A. Riether, Esq. and John M. Moore, Esq., *admitted pro hac vice*, receive all future notices.

DATED this 1st day of April, 2026.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Robert A. Riether*
Robert Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Rd., Suite 220
Las Vegas, NV  89113
*Attorneys for Plaintiff CMFG Life Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served on the 1st day of April, 2026, the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** to all parties registered to receive CM/ECF notification and/or by depositing a true and correct copy of the same in the U.S. Mail addressed as follows:

Kirk T Kennedy        ktkennedylaw@gmail.com

*/s/ Tonya Sessions*
An Employee of WRIGHT, FINLAY & ZAK, LLP

**IT IS SO ORDERED**.

DATED: 4/13/2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE