WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Rd., Suite 220
Las Vegas, NV  89113
Tel.:  (702) 475-7967; Fax: (702) 946-1345
rriether@wrightlegal.net

FAEGRE DRINKER BIDDLE & REATH LLP
John M. Moore, Esq., *admitted pro hac vice*
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel: 215-988-2700
john.moore@faegredrinker.com

*Attorneys for Plaintiff*
*CMFG Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>v.<br><br>TAVARUS DUNBAR, and KEVIN DUNBAR, JR., individually and as representative of the Estate of Kevin Dunbar Sr.,<br><br>     Defendants. | Case No. Case No. 2:24-cv-01969-APG-DJA<br><br>**JOINT STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>**(Fifth Request)** |

John M. Moore, Esq. of Faegre Drinker Biddle & Reath LLP and Robert Riether, Esq. of Wright, Finlay & Zak, LLP, counsel for Plaintiff CMFG Life Insurance Company ("CMFG"), and Kirk Kennedy, counsel for Defendant Tavarus Dunbar ("Dunbar"), hereby do stipulate and agree, under LR 26-3 and LR IA 6-1, to extend the remaining deadlines set forth in the Court's March 9, 2026 Scheduling Order ("Order").  (ECF No. 42).  This is the parties' fifth stipulation relating to the scheduling order deadlines.

The parties have been diligently engaged in fact and expert discovery and have completed all but one expert deposition.

**Pursuant to LR 26-3(a),** the parties have completed the following discovery:

- On April 7, 2025, Dunbar served his initial disclosures of Witnesses and Documents;

1

- On May 15, 2025, CMFG served its initial disclosures of Witnesses and Documents;
- On May 15, 2025, CMFG propounded written discovery to Dunbar in the form of Requests for Production of Documents and Interrogatories;
- On June 3, 2025, Dunbar served his responses to CMFG's Request for Production;
- On June 3, 2025, Dunbar served his First Supplemental Disclosure of Witnesses and Documents;
- On June 4, 2025, Dunbar served his responses to CMFG's Interrogatories;
- On June 5, 2025, Dunbar served his Second Supplemental Disclosure of Witnesses and Documents;
- On July 16, 2025, Dunbar propounded written discovery in the form of Interrogatories to CMFG;
- On August 15, 2025, CMFG served responses to Dunbar's Interrogatories;
- On September 10, 2025, CMFG served its initial expert disclosure;
- On October 2, 2025, Dunbar served his Third Supplemental Disclosure of Witnesses and Documents;
- On December 10, 2025, Dunbar served his rebuttal expert report.
- On or about December 19, 2025, CMFG subpoenaed records from Navy Federal Credit Union.
- On January 22, 2026, CMFG deposed Dunbar.
- On February 17, 2026, CMFG served a third supplemental production of documents.
- On February 25, 2026, Dunbar noticed the deposition of CMFG's claim representative involved in this matter.
- Dunbar conducted the deposition of CMFG's claim representative on March 19, 2026.
- On March 26, 2026, Dunbar served a Second Set of Interrogatories to CMFG.
- On April 10, 2026, CMFG noticed the deposition of Dunbar's retained expert, Beth Chrisman, for April 27, 2026.
- On April 17, 2026, CMFG served its responses to Dunbar's Second Set of Interrogatories.

- The parties are working to schedule the deposition of Plaintiff's retained expert, Beth Chrisman, as reflected in the Court's order granting the Parties' stipulation to permit expert discovery after the discovery deadline. (ECF No. 48).

The parties had previously engaged in settlement which have stalled pending the additional discovery. Moreover, counsel who had been handling the matter for Plaintiff, Ava Giacobbo, left the firm of Faegre Drinker Biddle & Reath, resulting in the need for this matter to be transitioned to new counsel, John M. Moore of Faegre Drinker Biddle & Reath, who has since been admitted *pro hac vice*. Additional time was needed for Mr. Moore to review the file and come up to speed on the issues of this case and the discovery that has been conducted to date. Now that new counsel is fully up to speed, the parties are actively engaged in discussions and wish to, subject to the Court's approval, conserve the parties' resources and avoid motion practice that may ultimately be unnecessary while they pursue settlement discussions.

**Pursuant to LR 26-3(b)**, the only discovery remaining to be completed is the deposition of Dunbar's rebuttal expert, which this Court has permitted to be completed after the discovery deadline (ECF No. 48). The parties are presently attempting to navigate scheduling conflicts to set a date for that deposition.

**Pursuant to LR 26-3(c)**, a brief extension of the remaining deadlines in this matter (with regard to dispositive motions and the pretrial order) is requested so that the parties can concentrate their efforts on settlement discussions and avoid the use of their (and the Court's) resources in preparing and deciding dispositive motions that would become moot if the parties' discussions are successful. Good cause exists to so extend the discovery deadline because the parties have worked diligently to complete discovery in this case, because the requested extension will serve the interests of efficiency and judicial economy, because no party will be prejudiced by the requested extensions, and because the requested extensions will not unnecessarily delay the resolution of this matter, in which dates for a pretrial conference and trial have not yet been set.

**Pursuant to LR 26-3(d)**, the parties respectfully request extensions of the deadlines to file dispositive motions and for the pre-trial order as follows:

- **Dispositive Motions**: Dispositive motions may be filed no later than June 26, 2026, which is 30 days after the currently scheduled deadline; and

- **Pretrial Order:** The pretrial order shall be filed by July 27, 2026, which is 31 days after the date set for filing dispositive motions (the 30th day thereafter falling on a Sunday). In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision of the dispositive motions or until further order of the Court.

DATED this 13th day of May, 2026.

WRIGHT, FINLAY & ZAK, LLP

/s/ *Robert A. Riether*
Robert Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Attorneys for Plaintiff CMFG Life Insurance Company*

/s/ *Kirk T. Kennedy*
Kirk T. Kennedy, Esq.
Nevada Bar No. 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
Phone: 702-385-5534
*Attorney for Defendant Tavarus Dunbar*

## ORDER

IT IS SO ORDERED _____May 14_____, 2026.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 5/14/2026

4