WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
Tel.: (702) 475-7967; Fax: (702) 946-1345
rriether@wrightlegal.net

FAEGRE DRINKER BIDDLE & REATH LLP
John M. Moore, Esq., *admitted pro hac vice*
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel: 215-988-2700
john.moore@faegredrinker.com

*Attorneys for Plaintiff*
*CMFG Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>TAVARUS DUNBAR, and KEVIN DUNBAR, JR., individually and as representative of the Estate of Kevin Dunbar Sr.,<br>Defendants. | Case No. Case No. 2:24-cv-01969-APG-DJA<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

John M. Moore, Esq. of Faegre Drinker Biddle & Reath LLP and Robert Riether, Esq. of Wright, Finlay & Zak, LLP, counsel for Plaintiff CMFG Life Insurance Company ("CMFG"), and Kirk Kennedy, counsel for Defendant Tavarus Dunbar ("Dunbar"), hereby do stipulate and agree, pursuant to Rule 41(a)(A)(ii), to the dismissal of all claims and counterclaims asserted in this action, with prejudice. This stipulation is signed by all parties who have appeared in this case.

DATED this 14th day of September, 2026.

/s/ *John M. Moore*
John M. Moore (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103

/s/ *Robert Riether*
Robert Riether, Esq. (Nevada Bar No. 12076)
WRIGHT, FINLAY & ZAK LLP
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113

*Attorneys for Plaintiff CMFG Life Insurance Company*

/s/ *Kirk T. Kennedy*
Kirk T. Kennedy, Esq.
Nevada Bar No. 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
Phone: 702-385-5534
*Attorney for Defendant Tavarus Dunbar*

IT IS SO ORDERED:

Dated: September 15, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2:24-cv-01969-APG-DJA
CMFG Life Insurance Company v. Dunbar et al