**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY,<br>Plaintiff<br>v.<br>TAVARUS DUNBAR, et al.,<br>Defendants | Case No.: 2:24-cv-01969-APG-DJA<br>**Order for Status** |

Plaintiff CMFG Life Insurance Company has resolved its claims as to all defendants except Kevin Dunbar, Jr., individually and as representative of the Estate of Kevin Dunbar Sr. The clerk entered default as to Kevin Dunbar, Jr. on April 18, 2025. ECF No. 31. The deadline for the proposed joint pretrial order has passed. ECF No. 52.

I THEREFORE ORDER plaintiff CMFG Life Insurance Company, by October 19, 2026, to either voluntarily dismiss its claims against Kevin Dunbar, Jr., individually and as representative of the Estate of Kevin Dunbar Sr. or advise the court how CMFG intends to proceed as to this remaining defendant.

DATED this 5th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE